## FAIR LABOR STANDARDS ACT – CONSENTIMIENTO/CONSENT FORM

Doy mi consentimiento para ser parte demandante en una demanda contra Gusto Restaurant y / o entidades e individuos relacionados con el fin de obtener reparación por violaciones de la Fair Labor Standards Act, (*Ley de las Normas Laborales Justas*) de conformidad con 29 USC § 216 (b). Por la presente yo designo Fitapelli & Schaffer, LLP para representarme en tal demanda.

I consent to be a party plaintiff in a lawsuit against Gusto Restaurant and/or related entities and individuals in order to seek redress for violations of Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Fitapelli & Schaffer, LLP to represent me in such a lawsuit.

*Alberto Guzman*
Firma (Signature)

Alberto Guzman
Nombre legal completo (Imprenta) (Full Legal Name (Print))

███████████████
Dirección (Address)

███████████████
Ciudad, Estado       Código Postal
(City, State)        (Zip Code)