

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABAS ESPITA and ROGELIO RAMIREZ, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

60 GREENWICH LLC d/b/a GUSTO RISTORANTE E BAR AMERICANO, 60-62 GREENWICH REALTY, LLC AND SASHA MUNIAK,

                Defendants.

12 CIV 3228 (RWS)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED by and between the undersigned counsel for Defendants and counsel for Plaintiffs that the time by which Defendants shall answer, move or otherwise respond to Plaintiffs' Complaint shall be extended through and including July 20, 2012. No prior extensions of time have been sought or granted.

IT IS FURTHER HEREBY STIPULATED that Defendants waive any right to object to service of the Complaint by Plaintiffs.

IT IS FURTHER HEREBY STIPULATED that Plaintiffs will not move for a Default Judgment in connection with the Certificate of Default issued by the Clerk of Court on June 7, 2012.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/12

Respectfully submitted,

| | |
|---|---|
| FITAPELLI AND SCHAFFER, LLP<br>475 Park Avenue South – 12th Floor<br>New York, New York 10016<br>(212) 300-0375 | JACKSON LEWIS LLP<br>666 Third Avenue<br>New York, New York 10017<br>(212) 545-4000 |
| By: *[signature]*<br>Joseph A. Fitapelli<br>Brian S. Schaffer<br>Eric J. Gitig | By: *[signature]*<br>Richard I. Greenberg |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| Dated: June 21, 2012 | Dated: June 22, 2012 |

SO ORDERED:

*[signature]*

Hon. Robert W. Sweet, U.S.D.J.

Dated: June 28, 2012
New York, New York

2